IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Villagomez, Victor Marvel

Printed: 11/25/08

Case Number: 05 B 28448
Judge: Hollis, Pamela S
Filed: 7/18/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 29, 2008
Confirmed: September 19, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 11,783.10 |  |
| Secured: |  | 507.65 |
| Unsecured: |  | 7,011.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 581.19 |
| Other Funds: |  | 983.10 |
| Totals: | 11,783.10 | 11,783.10 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Corporate America Family CU | Secured | 507.65 | 507.65 |
| 3. | Capital One | Unsecured | 668.90 | 1,008.14 |
| 4. | Corporate America Family CU | Unsecured | 1,824.84 | 2,750.21 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 717.80 | 1,081.79 |
| 6. | Santa Barbara Bank & Trust | Unsecured | 322.75 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 306.74 | 462.30 |
| 8. | ECast Settlement Corp | Unsecured | 1,133.78 | 1,708.72 |
| 9. | Nations Bank | Unsecured |  | No Claim Filed |
| | | | $ 8,182.46 | $ 10,218.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 132.63 |
| 5% | 23.68 |
| 4.8% | 141.27 |
| 5.4% | 194.53 |
| 6.5% | 89.08 |
| | $ 581.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Villagomez, Victor Marvel | Case Number:  05 B 28448 |
| | Judge:  Hollis, Pamela S |
| Printed: 11/25/08 | Filed:  7/18/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

